In the Matter of the Application of JOHN B. DODDS for a Peremptory Order of Mandamus against SUTPHIN PARK REALTY CORPORATION, HENRY W. COAD, as Its President, JAY W. PYLE, as Its Treasurer, and WILLIAM G. SMART, as Its Assistant Treasurer. SUTPHIN PARK REALTY CORPORATION and WILLIAM G. SMART, Appellants; JOHN B. DODDS, Respondent.— Alternative mandamus order dated November 2, 1933, resettling a resettled order unanimously affirmed, in so far as appealed from, with costs. No opinion. Appeal from order of September 11, 1933, as resettled by order of October 5, 1933, dismissed. Present — Lazansky, P. J., Young, Carswell, Tompkins and Johnston, JJ.

In the Matter of the Petition of DAVID JOYCE to Prove the Last Will and Testament of JAMES McCORMACK, Late of the County of Kings, Deceased. AGNES McCORMACK and Others, Appellants; DAVID JOYCE, as Executor, etc., of JAMES McCORMACK, Deceased, and Others, Respondents.— Appeal from a decree of Kings County Surrogate's Court admitting to probate the paper writing purporting to be the last will and testament of James McCormack, deceased, and from an order denying motion for a new trial. Decree and order unanimously affirmed, with costs against appellants. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

In the Matter of the Application of RAE RANZAL, Appellant, for an Order Directing the Taking of the Depositions of CHARLES C. HOOD and Others, Respondents, for the Purpose of Framing a Complaint in an Action about to Be Brought in the Supreme Court, Queens County, in Which RAE RANZAL Is the Expected Plaintiff and the Said Other Parties Are the Expected Defendants.— Order denying petitioner's motion for leave to examine the defendants for the purpose of enabling her to frame the complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ., concur.